JONES HARDWARE CORPORATION v. LOUIS BERNSTEIN.— Motion to dismiss

appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.